IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT BROOKS,

    Plaintiff,

v.

ELI LILLY AND COMPANY,

    Defendant.

No. C 05-05092 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for March 9, 2006, is hereby **CONTINUED** to **MARCH 30, 2006, AT 11:00 A.M.** Please submit your joint case management statement no later than **MARCH 27, 2006**.

**IT IS SO ORDERED.**

Dated: February 24, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE